IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Derek Mortland, | Case No. 3:19 CV 675 |
| Plaintiff, | DISMISSAL ORDER |
| -vs- | JUDGE JACK ZOUHARY |
| Vikash Corp, | |
| Defendant. | |

This Court held a Phone Status on August 26, 2019.  Counsel present: Owen Dunn, Jr. for Plaintiff; Barry Littrell for Defendant.  During the Phone Status, counsel indicated settlement discussions were ongoing.  Thereafter, counsel for Defendant followed up and confirmed the case had settled.

Therefore, the docket is marked: "Settled and dismissed without prejudice.  Each party is to bear its own costs."

Further, any subsequent Dismissal with prejudice, or setting forth specific settlement terms and conditions, filed within thirty (30) days shall supersede this Order.  This Court also retains jurisdiction to enforce the terms of the settlement.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

August 27, 2019